Kenneth Jorgensen #220887
**Kenneth Jorgensen Law, P.C.**
2440 W. Shaw Ave.
Ste. 114
Fresno, CA 93711
Phone: 559-431-5555
Fax: 559-224-4960

Attorney for MICHAEL D. McGRANAHAN, Trustee

# THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>MANUEL L. MONIZ, III and TAMMI S. MONIZ,<br><br>Debtors.<br><br>SSN: XXX-XX-4101; XXX-XX-7822<br>2128 Wimbledon Ct.<br>Modesto, CA 95355 | Case No.: 09-90802-D-7<br>DC NO.: KJL-2<br>Chapter 7<br>Date: August 10, 2011<br>Time: 10:30 a.m.<br>Place: 1200 I Street, Suite 4<br>Modesto, California 95354<br>Judge: Hon. Ronald H. Sargis |

**MOTION FOR AUTHORITY TO SELL TRUSTEE'S INTEREST IN REAL PROPERTY**

Michael D. McGranahan, Chapter 7 Trustee ("Trustee") respectfully requests authority to sell Trustee's interest in co-owned real property free and clear of liens to Lena Vella and Shaaron A. Hollander, Trustees of the 1991 Vella Family Revocable Trust: Exemption Trust, and Lena Vella and Shaaron Hollander, Trustees of the 1991 Vella Family Revocable Trust: Marital Trust ("Buyers") as follows:

1. A Voluntary Petition was filed on March 26, 2009 as a Chapter 7 case. Trustee was duly appointed Chapter 7 Trustee of the Estate of the Debtor on March 27, 2009.
2. The Court has jurisdiction over this matter under 28 U.S.C. Sections 1334 and 157.

3. This is a Court proceeding under 28 U.S.C. § 157(b) (2) (A), (N) and (O). This Motion is brought pursuant to 11 U.S.C. §§ 363(b) and Federal Rules of Bankruptcy Procedures Rules 2002(a) (2) and 604.

4. By this Motion, the moving party requests that the provisions of the Federal Rules of Bankruptcy Procedure Rule 6004(g) be waived so that the sale is not subjected to the 10 day stay.

5. Among the assets of the Estate is a one-eighteenth interest in 38.11 acres of unimproved farm land located adjacent to Tommes Road, Modesto, California. ("Toomes Road Property"). In Debtors' Schedule B, as amended on October 26, 2009, Debtors' described Toomes Road Property as "Re: 1994 Joseph Vella Family Revocable Trust, 1/6 of 1/3 in property located in Modesto, CA APN: 136-002-024."

6. Debtors claim an exemption in an amount of $17,394.50 in the Toomes Road Property.

7. The Estate's one-eighteenth interest in the Toomes Road Property comes through a Judgment issued by the Superior Court of California, County of Stanislaus. This Judgment was recorded with the Stanislaus County Recorder on April 9, 2007, as Document 2007-0045192-00, Number 0002306738. A true and correct copy of this Judgment has been filed with this Motion as Exhibit "A". Of pertinence to this Motion, paragraph of 4 of the Judgment provides as follows:

> "4. The real property of the trust, consisting of an undivided one-third interest in unimproved farm land located on Toomes Rd., Modesto, California, shall be and is hereby distributed in equal shares to VICKI GILTON, TAMMI MONIZ, DEBRA SMERNES, JAN J. TORRES, ROBERT VELLA, and ANNAMARIE WHITMAN, as tenants in common. Said real property is described as follows:
>
> THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 33, TOWNSHIP 2 SOUTH, RANGE 8 EAST, MOUNT DIABLO BASE AND MERIDIAN, ACCORDING TO THE UNITED STATES GOVERNMENT TOWNSHIP PLATS.
>
> EXCEPTING THEREFROM THE NORTH 20 ACRES.
>
> ALSO EXCEPTING THEREFROM THE FOLLOWING:

MOTION FOR AUTHORITY TO SELL
TRUSTEE'S INTEREST IN REAL PROPERTY
FREE AND CLEAR OF LIENS

2

Moniz_Trustees_Motion_for_Authority_to_Sell

BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SECTION 33, TOWNSHIP 2 SOUTH, RANGE 8 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 0° 19' 40" WEST ALONG THE EAST LINE OF SAID SOUTHWEST QUARTER OF AND ALONG THE CENTERLINE OF TOOMES ROAD, A DISTANCE OF 705.01 FEET; THENCE SOUTH 89° 38' 39" WEST, A DISTANCE OF 1321.09 FEET TO THE WESTERLY LINE OF THE EAST ONE-HALF OF SAID SOUTHWEST QUARTER; THENCE SOUTH 0° 19' 29" EAST ALONG SAID WESTERLY LINE, A DISTANCE OF 705.01 FEET TO THE SOUTH LINE OF SAID SECTION 33; THENCE NORTH 89° 38' 39" EAST ALONG SAID SOUTH LINE ALSO BEING THE CENTERLINE OF KIERNAN AVENUE, A DISTANCE OF 1321.13 FEET TO THE POINT OF BEGINNING.

APN: 136-002-024."

8. Trustee has received an offer to purchase the Estate's interest in the Toomes Road Property for $45,000.00 from Buyers to purchase the Trustee's one-eighteenth interest in the real property for Forty-Five Thousand Dollars ($45,000.00). A true and correct copy of the Agreement to Purchase the Toomes Road Property has been filed concurrently with the aforementioned Court as Exhibit "B". Pertinent terms to this Motion include the following:

   a. This Agreement is subject to higher or better bids made at the hearing, and to entry of an order approving this Agreement by the United States Bankruptcy Court. Any party interested in making a higher or better bid is requested to attend the hearing prepared to make a higher and better bid. Information regarding making a higher and better bid can be obtained by contacting the Trustee, Mr. Michael McGranahan at P.O. BOX 5018, Modesto California 95352; telephone (209) 524-1793.

   b. The Real Property shall be sold "As Is." Trustee has no knowledge of the Real Property or prior use of the Real Property, and Trustee makes no guarantees or warranties about the current condition of the Real Property.

9. Buyer, Lena Vella, is a present co-owner of the Toomes Road Property and relative of Debtor Tammi Moniz.

10. Trustee has received from Buyers a total amount of Forty-Five Thousand Dollars ($45,000.00).

11. Trustee has conferred with a realtor and was advised that the present fair market value of the entire 38.11 acres of the Toomes Road Property is presently valued between Eight Hundred Sixty-Eight Thousand Nine Hundred Eight Dollars and Nine Hundred Ninety Thousand Eight Hundred Sixty Dollars ($868,908.00 - $990,806.00). Additionally, Debtor obtained an appraisal of the property at the request of Trustee. According to an appraisal report prepared by W.G. Bartha, the property entire property was valued at $915,000.00. The date of valuation was September 9, 2009. A true and correct copy of the Appraisal is filed as Exhibit "C" to the Motion.

12. The purchase price offered by Buyers is fair and reasonable. First, the Estate owns only a small fractional undivided interest in the entire sum of property. As such, selling a fractional interest to a third party would likely reduce the value of this asset, if not impossible to obtain the consent of the other co-owners. Secondly, the Estate would likely incur substantial costs to professionals if the Trustee were to pursue with selling the property as a whole. The Trustee would incur legal fees in filing an adversary proceeding as well as paying approximately 4% to 6% in commissions to a real estate agent/broker. Thirdly, Buyers' offer to purchase is nearly a full price offer of the lower ranges of estimated value. Accordingly, the sale of the Toomes Real Property to Buyers is believed by the Trustee to be in the best interest of the Estate and its creditors.

13. The Trustee asserts that a good business judgment supports the proposed sale.

**WHEREFORE,** Trustee prays:

1. That the Court issue an Order authorizing the sale of the Estate's interest in the real property to Buyers, or to the highest and best offer on the terms and conditions described above or as the Court determines;

2. For an Order authorizing Trustee to execute any and all documents reasonably

1     necessary to effectuate the sale of the real property;

2   3. For the 10 day stay provision of Federal Rules of Bankruptcy Procedure Rule

3     604(g) to be waived; and

4   4. For such other and further relief as the Court deems just and proper.

DATED: June 7, 2011                                Kenneth Jorgensen Law, P.C.

By:   /s/ Kenneth Jorgensen
     Kenneth Jorgensen,
     Attorney for Trustee